UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEROME WESTFIELD DEWALD,

        Plaintiff,

v.

SECRETARY OF UNITED STATES
DEPARTMENT OF STATE, *Hillary Clinton,
in her official capacity*; UNITED STATES
DEPARTMENT OF STATE, *Brian Kressin,
in his official capacity as Vice Consul,
U.S. Embassy, Moscow, Russia;* SECRETARY
OF UNITED STATES DEPARTMENT
OF HEALTH AND HUMAN SERVICES,
*Kathleen Sebelius, in her official capacity*;
ISMAEL AHMED, *in his official capacity
as Secretary of the Michigan Department
of Human Services*; MICHIGAN STATE
DISBURSEMENT UNIT; BETTY LOWENTHAL,
*in her official capacity as Referee, 6th Circuit
Friend of the Court*; ELIZABETH PEZZETTI,
*in her capacity as Judge of the 6th Circuit Family Court*,

        Defendants.

_____/

Civil No. 2:09-cv-13117

Hon. Patrick J. Duggan
Magistrate Judge Donald A. Scheer

### ORDER DISMISSING PLAINTIFF'S CLAIMS
### AGAINST DEFENDANT KRESSIN WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and in light of the stipulation to

dismiss the complaint with prejudice by the parties who have appeared, it is hereby **ORDERED** that

the plaintiff's claims against Defendant Brian Kressin are **DISMISSED WITH PREJUDICE**.

Each party is to bear its own attorneys fees and costs.

        S/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

        Dated:  January 6, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 6, 2010, by electronic and/or ordinary mail.

        S/Marilyn Orem
        Case Manager