UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEROME W. DEWALD,

    Plaintiff,

v.

HILLARY CLINTON, United States
Secretary of State; KATHLEEN SEBELIUS,    Case No. 09-13117
United States Secretary of Health and Human    Honorable Patrick J. Duggan
Services; ISMAEL AHMED, Secretary of the
Michigan Department of Human Services;
DAVE MORK, Director of the
Michigan State Disbursement Unit;
BETTY LOWENTHAL, Referee of the
6th Circuit Michigan Friend of the Court; and
HONORABLE ELIZABETH PEZZETTI, Judge of
the Michigan 6the Circuit Family Court,

    Defendants.
_____/

## JUDGMENT

On August 6, 2009, Plaintiff Jerome W. Dewald ("Plaintiff") initiated this pro se action against Defendants alleging that his constitutional and civil rights were violated when his passport was seized pursuant to 42 U.S.C. § 652(k). Plaintiff filed an amended complaint on January 23, 2010. Plaintiff is seeking declaratory, injunctive, compensatory and punitive relief against the Defendants, who he has sued in their individual and official capacities. Defendants have filed motions to dismiss and, in an Opinion and Order issued on this date, the Court granted Defendants' motion.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's amended complaint is **DISMISSED WITH PREJUDICE**.

DATE: September 13, 2010

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:
Jerome W. Dewald
c/o Amy Bailey
2211 Association Drive
Suite 600
Okemos, MI 48864

Theresa M. Urbanic, Esq.
Jonathan S. Ludwig, Esq.
Joseph E. Potchen, Esq.
Keith J. Lerminiaux, Esq.
William G. Pierson, Esq.